```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )    CASE NO. S 05-302 LKK
                                  )
11              Plaintiff,        )
                                  )
12       v.                       )
                                  )    MOTION TO DISMISS
13  RUBEN ALDACO-VILLA,           )
    SERGIO VENTURA, &             )
14  JOSE LUIS RODRIGUEZ-RODRIGUEZ )
                                  )
15              Defendant.        )
    _____)
16
17       The United States requests leave of court to dismiss the
18  charges against Defendant Jose Luis Rodriguez-Rodriguez.  Fed. R.
19  Crim. P. 48(a).  The evidence of conspiracy and knowing
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

1

possession would probably be insufficient to obtain and sustain a conviction of this Defendant.  <u>See</u> U.S.A.M. 9-27.220.

```
                                        Respectfully Submitted,
                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: December 23, 2005     By:   /s/ Matt Segal
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney
```

**SO ORDERED.**

```
DATE: January 3, 2006
                                   /s/ Lawrence K. Karlton
                                   HON. LAWRENCE K. KARLTON
                                   U.S. District Judge
```

2